1034

[No. 47864-8-I.   Division One.   February 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY JAMES
MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 99-1-00351-3, Gerald L. Knight, J.,
entered November 21, 2001. *Affirmed* by unpublished per
curiam opinion.

[No. 48082-1-I.   Division One.   February 19, 2002.]

KRIS ALEXANDER, *Appellant*, v. CONNELLY SKIS, INC.,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 99-2-19565-5, James A. Doerty, J., entered
December 29, 2000. *Reversed* by unpublished opinion per
Schindler, J., concurred in by Agid, C.J., and Coleman, J.

[No. 48087-1-I.   Division One.   February 19, 2002.]

DICK HOLLISTER, ET AL., *Appellants*, v. WILLIAM GALLION, ET
AL., *Respondents*.

Appeal from judgments of the Superior Court for King
County, No. 99-2-05144-1, Harriett M. Cody and Philip G.
Hubbard, Jr., JJ., entered November 30, 2000 and January
10, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48274-2-I.   Division One.   February 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS J. SALEH,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-8-04617-2, James D. Cayce, J., entered
February 12, 2001. *Affirmed* by unpublished per curiam
opinion.